UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD JAMES VARONE,

    Plaintiff,

v.    Case No: 8:19-cv-1401-T-36SPF

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Sean P. Flynn on November 19, 2019 (Doc. 5). In the Report and Recommendation, Magistrate Judge Flynn recommends that Plaintiff's Complaint be dismissed without prejudice. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 5) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)    Plaintiff's Complaint (Doc. 1) is DISMISSED without prejudice.

(3) The Clerk is directed to terminate all pending motions and deadlines and close this case.

**DONE AND ORDERED** at Tampa, Florida on December 10, 2019.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Sean P. Flynn
Counsel of Record